EVELYN LEE et al., Respondents, v. EVELYN DE CARR et al., Appellants.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

(January 15, 1971)

ALBERT R. LUSTER, Appellant, v. GEORGE H. SCHWARZ et al., Respondents.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.